_____                                    ✓ RETAIN
**Robert A. Gordon , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                       Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

                                                   Date: 05/21/2014 Time: 02:00
**CASE: 13-26171 Riker Junior McKenzie, Jr.**

Robert Grossbart representing Riker Junior McKenzie Jr. (Debtor)

__ N. S. Grigsby __ D. Piekarz __ R. Herr ✓ M.P. McLean
       representing Nancy Spencer Grigsby (Trustee)

[50] Second Amended Chapter 13 Plan. Amount of Payments
per Month: $595.00/1245.00, Number of Months:24/36,
Filed by Riker Junior McKenzie Jr.. (Attachments:
#s2 List of All Creditors)

**MOVANT** : Riker McKenzie BY R Grossbart

   [51] Objection to Confirmation of Plan Filed by United
   States Of America, IRS (related document(s) 1
   Gov. Ex. A)

**MOVANT** : United States Of America, IRS BY K Reinhart

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___
Denied without/with leave to amend by: 6-15-14  Conf:_____ Dismissed
Continued to: _____ 7/10 - 2:00 P.M

Other Matters: (List Paper No next to ruling)

       Granted    ____        Sustained  ____        Denied     ____
       Overruled  ____        Withdrawn  ____        Under Adv. ____
       Moot       ____        Consent    ____        Dismissed  ____
       O.T.J. Fee ____

DECISION:

   [ ] Signed by Court           [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel           [ ] Court
       [ ] Respondent's counsel       [✓] Other  CJS - PREPARE ORDER

NOTES: T - current (except for last four pmts)
       IRS - IRS - underfunded
       T - settled lift stay to IRS also

modification not needed (x-spouses consent.

— Should increase funding to IRS's benefit.
— But still short.

**RECEIVED**

MAY 22 2014

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE