IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:                                                      *
RICKER MCKENZIE, JR.
                                                            *          Case No.:  13-26171-RAG
 Debtor
                                                            *          Chapter 13

*     *     *     *     *     *     *     *     *     *     *     *

**MOTION FOR DISMISSAL
UPON REQUEST OF DEBTORS**

Riker McKenzie, Jr., by his attorneys, Robert N. Grossbart, Esquire and Grossbart, Portney & Rosenberg moves this Honorable Court, as follows:

1. That on September 23, 2013, the Debtor filed a Petition under Chapter 13 of the United States Bankruptcy Code in the District of Maryland, which Plan has been assigned Bankruptcy Case No.: 13-26171.

2. That pursuant to 11 U.S.C. Section 1307(b), the Debtors' requests that this Court dismiss the herein-described Chapter 13 Bankruptcy case.

/s/  Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE
Federal Bar No.: 04116-G
Blaustein Building, Suite 1214
One North Charles Street
Baltimore, Maryland 21201
(410) 837-0590-T
(410) 837-0085-F
Email: robert@grossbartlaw.com
Attorney for Debtor

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Wednesday, July 16, 2014, a copy of the foregoing Emergency Motion for Dismissal Upon Debtors' Request was mailed/sent electronically via ECF to the Debtor; Office of the U.S. Trustee, District of Maryland 101 W. Lombard Street, 2nd Floor, Baltimore, Maryland 21201; and to Nancy Spencer Grigsby, Trustee, 4201 Mitchellville Road, Suite 401, Bowie, MD 20716.

/s/  Robert N. Grossbart, Esquire

                                                    ROBERT N. GROSSBART, ESQUIRE